```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
RAYMOND SWAINSON,                                                 :
                                                                  :
                            Plaintiff,                            :
                                                                  :         21-cv-5380 (LJL)
            -v-                                                   :
                                                                  :              ORDER
FIRSTMARK SERVICES et al,                                         :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Plaintiff Raymond Swainson is hereby ORDERED to file a status update on the case by May 3, 2022.

     The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff and to update the docket to reflect Plaintiff's pro se status and Plaintiff's mailing address: 49 E 21st Street, Apt 10D, New York, NY 10010.

     SO ORDERED.

Dated: April 19, 2022
       New York, New York
                                              LEWIS J. LIMAN
                                        United States District Judge