```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RAYMOND SWAINSON, :
:
:
Plaintiff, :
:   21-cv-5380 (LJL)
-v- :
:   ORDER
:
FIRSTMARK SERVICES, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic case management conference in this matter on **July 29, 2022 at 2:00 p.m.** Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

SO ORDERED.

Dated: July 15, 2022
        New York, New York                    _____
                                              LEWIS J. LIMAN
                                              United States District Judge