```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                  :
RAYMOND SWAINSON,                                 :
                                                  :
                        Plaintiff,                :
                                                  :      21-cv-5380 (LJL)
        -v-                                       :
                                                  :      ORDER
FIRSTMARK SERVICES, TRANSUNION                    :
LLC, EXPERIAN INFORMATION                         :
SOLUTIONS, INC., and EQUIFAX                      :
INFORMATION SERVICES                              :
LLC,                                              :
                                                  :
                        Defendants.               :
                                                  :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference in this case on January 30, 2023.  This order memorializes the decisions at that conference.

      On January 24, 2023, Plaintiff and Defendant Nelnet Servicing LLC dba Firstmark Services stipulated under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims.  Dkt. No. 44.  Defendant Transunion has not yet entered an appearance in this case.  Plaintiff represented at the status conference that he did not intend to prosecute the case any further and consented to dismissal of the case in its entirety.

      The case is DISMISSED without prejudice as to remaining Defendants.  The Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

Dated: January 31, 2023  
      New York, New York

                                                     LEWIS J. LIMAN  
                                                     United States District Judge